ROBINSON, Appellant, v. LEE, Respondent. (Supreme Court, Appellate Term. April 22, 1901.) Action by Bird M. Robinson, as receiver, against Richard B. Lee. From a judgment of the New York municipal court in favor of defendant, plaintiff appeals. Affirmed. William Hepburn Russell, William Beverly Winslow, and Frank H. Waggoner, for appellant. Howard R. Bayne, for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

ROSENSTEIN v. PRINCE. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Moses Rosenstein against Adolph Prince. No opinion. Motion granted, with $10 costs.

---

ROSENTHAL, Respondent, v. TENENBAUM, Appellant. (Supreme Court, Appellate Term. April 16, 1901.) Action by Rachel Rosenthal against Solomon Tenenbaum. From a judgment of the New York municipal court in favor of plaintiff, defendant appeals. Affirmed. Jacob Rieger, for appellant. Abraham I. Spiro, for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

ROTHSCHILD, Appellant, v. MOELLER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 8, 1901.) Action by David Rothschild against Frederick Moeller and others. R. J. Dittenhoefer, for appellant. C. E. Rushmore, for respondents. No opinion. Judgment affirmed, with costs.

---

RUBENSTEIN v. RUBENSTEIN. (Supreme Court, Appellate Division, First Department. March 15, 1901.) Action by Dora Rubenstein against Barnet Rubenstein. No opinion. Motion denied.

---

SALMON, Respondent, v. TOWN OF BRIGHTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1901.) Action by Jacob Salmon against the town of Brighton. No opinion. Judgment and order affirmed, with costs.

---

In re SARATOGA TRACTION CO. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) In the matter of the application of Saratoga Traction Company for the appointment of commissioners under section 94 of the railroad law to determine whether such railroad ought to be constructed through Hamilton street in the village of Saratoga Springs, N. Y.

PER CURIAM. Motion granted, and Hon. A. J. Cheritree, of Glens Falls, Hon. E. H. Peters, of Saratoga Springs, and Hon. Fred J. Baker, of Ft. Ann, appointed commissioners under section 94 of the railroad law to determine whether such railroad ought to be constructed through Hamilton street in the village of Saratoga Springs.

SCANGA, Appellant, v. PAURA et al., Respondents. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Luigi Scanga against Rafaelle Paura and others. A. S. Fraser, for appellant. J. Palmieri, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

SCHNEIDER et al., Respondents, v. STATEN ISLAND ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by Frank Schneider and Casper Reimers against the Staten Island Electric Railroad Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

---

SCHOEPFLIN, Appellant, v. COFFEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 12, 1901.) Action by Charles E. Schoepflin against Michael J. Coffey.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held that, considering the interpretation put upon the original amended complaint by the court of appeals (56 N. E. 502), we cannot properly hold that the terms imposed by the court at special term as a condition of permitting the plaintiff to serve the proposed amended complaint were an abuse of discretion, and such as to require a reversal of the order appealed from; also held, that the amendments proposed for the first time in appellant's brief, and which it is suggested would be satisfactory if less onerous terms were imposed, should not be passed upon this appeal, but should be passed upon in the first instance by the special term.

SPRING and WILLIAMS, JJ., concur in the affirmance of the order only.

---

SCHUCKMAN, Respondent, v. PORT CHESTER BOLT & NUT CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1901.) Action by Jesse M. Schuckman against the Port Chester Bolt & Nut Company. No opinion. Judgment and order affirmed, with costs.

---

SCHWING, Respondent, v. LETTAU et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1901.) Action by John J. Schwing, an infant, by guardian ad litem, against Joseph Lettau and others, as executors, etc. No opinion. Judgment and order affirmed, with costs.

---

SHOTWELL, Appellant, v. DIXON et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by Samuel H. Shotwell against Walter W. Dixon and others. No opinion. Motion granted.

---

SILVER v. WESTERN ASSUR. CO. (Supreme Court, Appellate Division, First Department. April 4, 1901.) Action by Helen Silver against the Western Assurance Company. No opinion. Motion granted, with $10 costs.